| | |
|---|---|
| Rodeen Talebi (CA SBN 320392)<br>FISH & RICHARDSON P.C.<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 533-4240<br>Facsimile: (858) 678-5099<br>Email: talebi@fr.com | STEPHEN M. LOBBIN<br>sml@smlavvocati.com<br>SML AVVOCATI P.C.<br>888 Prospect Street, Suite 200<br>San Diego, California 92037<br>(949) 636-1391 (Phone) |

Neil J. McNabnay (pro hac vice)
Ricardo J. Bonilla (pro hac vice)
Noel Chakkalakal (pro hac vice)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

*Attorney(s) for Defendant
LYTX, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>LYTX, INC.,<br><br>*Defendant*. | CASE NO.: 3:21-CV-00104-DMS-BGS<br><br><br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC and Defendant Lytx, Inc., by

their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matter dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: April 29, 2021                    Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Social Positioning Input Systems, LLC***

*/s/ Noel F. Chakkalakal*

Rodeen Talebi (CA SBN 320392)
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 533-4240
Facsimile: (858) 678-5099
Email: talebi@fr.com

Neil J. McNabnay (*pro hac vice*)
Ricardo J. Bonilla (*pro hac vice*)
Noel Chakkalakal (*pro hac vice*)
FISH & RICHARDSON P.C.

| | |
|---|---|
|1| |
|2|1717 Main Street, Suite 5000|
| |Dallas, TX 75201|
|3|Telephone: (214) 747-5070|
| |Facsimile: (214) 747-2091|
|4|mcnabnay@fr.com|
| |rbonilla@fr.com|
|5|chakkalakal@fr.com|

*Attorney(s) for Defendant Lytx, Inc.*

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge