# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | CASE NO.: 3:21-cv-00104-DMS-BGS |
|---|---|
| *Plaintiff*, | |
| v. | **JURY TRIAL DEMANDED** |
| LYTX, INC., | |
| *Defendant*. | |

## ORDER JOINT STIPULATION AND ORDER OF DISMISSAL

After considering the Parties' Stipulation of Dismissal, IT IS ORDERED THAT, pursuant to FRCP 41(a), the above-referenced action is dismissed with prejudice.

Dated: May 3, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court